**Janet MacPhail RAWLINGS, Appellant,**

v.

**Samuel Craig RAWLINGS, Respondent.**

**No. WD 38658.**

Missouri Court of Appeals,
Western District.

June 16, 1987.

Robert C. Fields, Springfield, for appellant.

Samuel J. Short, Jr., Stockton, for respondent.

Before KENNEDY, P.J., and LOWENSTEIN and GAITAN, JJ.

### ORDER

PER CURIAM:

Appeal from decree modifying child custody provisions of divorce decree.

Affirmed. Rule 84.16(b).

Each party ordered to pay his own attorney's fees incurred in prosecution of appeal. Appeals court costs assessed against respondent.